NO. 429-05372-2021



| | | |
|---|---|---|
| MAJID SHAMBAYTI | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2004-KS6 | § § § § § § § § § § | 429 TH JUDICIAL DISTRICT |
| and | § | |
| NEW REUNION TITLE LLC dba REUNION TITLE | § § | |
| Defendants | § | OF COLLIN COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Majid Shambayti, , complaining of and about Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiff, Majid Shambayti, is an Individual whose address is 4200 Tidworth Drive, Plano, TX 75093.

3. The last three numbers of Majid Shambayti's driver's license number are 029 . The last three numbers of Majid Shambayti's social security number are 091.

4. Defendant The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2004-KS6, (referred to herein as "Defendant Bank")is a foreign banking entity, and may be served with process by serving its registered agent CT Corporation System, 19999 Bryan St. Ste 900, Dallas, Texas. Service of said Defendant as described above can be effected by personal delivery.

5. Defendant, New Reunion Title, LLC dba Reunion Title, (referred to herein as"Defendant Reunion") is a Texas limited liability company and may be served with process by serving it registered agent, Peter S. Graf, at 2701 West Plano Parkway, Plano, Texas 75075. Service of said Defendant as described above can be effected by personal delivery.

## JURISDICTION AND VENUE

6. The subject matter in controversy is within the jurisdictional limits of this court.

7. This court has jurisdiction over Defendant Bank because said Defendant Bank purposefully availed to the Court's jurisdiction itself of by conducting activities in the State of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant,

and the assumption of jurisdiction over will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process. Plaintiff would show that Defendant Bank had continuous and systematic contacts with the State of Texas sufficient to establish general jurisdiction over said Defendant Bank.

This court has jurisdiction over Defendant Reunion because it is a Texas limited liability company.

8.  Venue in Collin County is also proper in this cause under the Texas Civil Practice and Remedies Code because this action involves real property and this county is where all or part of the real property is located.

## FACTS

9.  Plaintiff is the owner of the real property located at 4200 Tidworth Drive, Plano, TX 75093. The legal description of the property is Stonewood Glen Phase One, Blk C, Lot 8, an Addition to the City of Plano, Collin County, Texas.

10. On or about 3/17/2004, a purported home equity loan was originated concerning the property described above. Defendant Bank is the current holder of the note and deed of trust. Defendant Reunion was the closing agent on the purported home equity loan.

11. Defendant is currently attempting to proceed with a foreclosure pursuant to an Expedited Foreclosure Suit. Defendant is the current holder of the mortgage and is currently attempting to proceed with a foreclosure pursuant through an Expedited Foreclosure Suit in Cause No 429-04268-2021 pending in the 429 District Court of Collin County.

12.     Plaintiff was married at the time of the initiation of this purported home equity loan and any documents in conflict executed by Plaintiff were executed under misrepresentation by the originating mortgage lender or title closer. In fact, all tax returns given to the originating mortgage lender clearly referenced that Plaintiff was married filing separate. Plaintiff's wife is a necessary party to any foreclosure. In light of this, an Expedited Foreclosure Proceeding under 736 is not appropriated and any foreclosure violates the Texas Constitution because the debt is not a legally secured by a lien created under Tex. Const. art. XVI, § 50(a)(6), for a home equity loan, or § 50(a)(7), for a home equity mortgage as Plaintiff's wife did not execute any of the mortgage documents.

## RELIEF REQUESTED

13.     Plaintiff requests that the Court after notice and hearing issue a temporary injunction prohibiting a foreclosure by Defendant Bank while this action is pending. Plaintiff has no adequate remedy at law and the injunction is necessary to protect the interests of Plaintiff and his spouse.

14.     Plaintiff therefore requests that declaratory judgment be entered setting forth the rights and of the parties and as to any foreclosure action by Defendant Bank of the property subject of this suit.

15,     Plaintiff requests that the court grant a judgment against Defendant Reunion for damages suffered as a result of its actions.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Majid Shambayti, respectfully prays that the Defendants be cited to appear and answer herein, and that the Court issue a

temporary injunction against Defendant Bank, a declaratory judgment as requested herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant Reunion for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: *[signature]*

Majid Shambayati
Pro Se
email: majid1960@gmail.com
4200 Tidworth Drive
Plano, TX 75093
Tel. 972-333-3248

## PLAINTIFF HEREBY DEMANDS TRIAL BY JURY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this notice was sent by certified mail to the respondent(s) at the address indicated below, on the 9/23/2021:

The Bank of New York Mellon
Trust company, National Association FKA
The Bank of New York Trust Company, N.A.
As Successor to JPMorgan Chase Bank,
As Trustee for Residential Asset Securities
Corporation, Home Equity Mortgage
Asset-Backed Pass Through Certificates Series 2004-KS6
C/O
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 425
Dallas TX. 75245

New Reunion Title, LLC
dba Reunion Title
2701 West Plano Parkway,
Plano, TX 75075

copy to:
CT Corporation System,
19999 Bryan St. 900,
Dallas TX 75201

Majid Shambayati
Pro Se
4200 Tidworth Dr
Plano TX 75093
Tel. 972-333-3248
Email: majid1960@gmail.com

State of Texas
County of Collin
Sworn to and subscribed before me this 23 day of September, 2021.
My Commisson Expires 08-27-2022

MATTHEW C. OWENS
Notary Public, State of Texas
Comm. Expires 08-27-2022
Notary ID 125728578

Notary Public

**PLAINTIFF'S ORIGINAL PETITION**                                                              PAGE 6